USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, AS TRUSTEE, AND THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND,

                     Plaintiffs,

-against-

SOVEREIGN SECURITY, LLC a/k/a SOVEREIGN SECURITY LLC,

                     Defendant.

23-CV-6469 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared before the Court on March 22, 2024, for a post-fact discovery conference; and

    WHEREAS the parties indicated that they have reached a settlement in principle but requested a briefing schedule as to Plaintiffs' Motion for Summary Judgment in case they are unable to fully resolve the issue amicably.

    IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment must be filed no later than May 3, 2024. Defendant's opposition must be filed no later than May 31, 2024. Plaintiffs' reply must be filed no later than June 14, 2024.

**SO ORDERED.**

Dated:   **March 22, 2024**
          **New York, New York**

_____
**VALERIE CAPRONI
United States District Judge**